# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN BUSHANSKY, <br><br> Plaintiff, <br><br> vs. <br><br> THIRD POINT REINSURANCE LTD., SIDDHARTHA SANKARAN, JOSEPH L. DOWLING III, RAFE DE LA GUERONNIERE, GRETCHEN A. HAYES, MEHDI A. MAHMUD, JOSHUA L. TARGOFF, DANIEL V. MALLOY, and MARK PARKIN, <br><br> Defendants. | Case No.  20-cv-15555-MCA-LDW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  November 17, 2020

**WEISSLAW LLP**

By  /s/ Mark. D. Smilow
Mark. D. Smilow
Richard A. Acocelli (to be admitted *pro hac vice*)
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: msmilow@weisslawllp.com

*Attorneys for Plaintiff*

SO ORDERED

   s/Madeline Cox Arleo
MADELINE COX ARLEO, U.S.D.J.

Date:  3/25/21